*Evan S. Schwartz*
New York Bar No. 2428825
SCHWARTZ LAW PC
122 East 42nd Street, Suite 725
New York, NY 10168
(212) 608-5445

*Stephen M. Hauptman*
New York Bar No. 4491411
NEWMEYER & DILLION LLP
895 Dove Street, 5th Floor
Newport Beach, CA 92660
(949) 854-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

| | |
|---|---|
| LORI KILGANNON, individually and on behalf of all others similarly situated, | CASE NUMBER: 1:17-cv-06278 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION WITHOUT PREJUDICE** |
| -against- | |
| SOULCYCLE, INC., a Delaware corporation, | |
| Defendant. | |

------------------------------------- X

**TO THE COURT, DEFENDANT AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Lori Kilgannon, individually and on behalf of all others similarly situated, hereby voluntarily dismisses *without*

7160243.1

*prejudice* the above-captioned class action. This Notice is submitted pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), as Defendant SoulCycle, Inc. has yet to serve an answer or motion for summary judgment in this action.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to a proposed settlement reached between Plaintiff and Defendant, Plaintiff shall move to assert, and obtain approval to settle, her claims within the following class action, which is currently pending before the United States District Court for the Central District of California: *Marko Cavka v. SoulCycle, Inc.*, Case No. 8:16-cv-01821 (KESx).

Dated:      October 4, 2017                Respectfully submitted,

By: */s/Evan S. Schwartz*
Stephen M. Hauptman
New York Bar No. 4491411
**NEWMEYER & DILLION LLP**
895 Dove Street, 5th Floor
Newport Beach, CA 92660
(949) 854-7000

Evan S. Schwartz
New York Bar No. 2428825
**SCHWARTZ LAW PC**
122 East 42nd Street, Suite 725
New York, NY 10168
(212) 608-5445

Attorneys for Plaintiff Lori Kilgannon and the Class

7160243.1